**98–2110.   Leisure v. State Farm Auto. Ins. Co.**

Stark App. Nos. 1997CA00417 and 1998CA00001.   On appeal of Annette E. Leisure et al.   Discretionary appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

On cross-appeal of Farmers Insurance of Columbus, Inc.   Discretionary cross-appeal allowed.

F.E. SWEENEY and COOK, JJ., dissent.

**98–2122.   Akron Hydroelectric Co. v. Cuyahoga Falls.**

Summit App. No. 18849.

MOYER, C.J., F.E. SWEENEY and COOK, JJ., dissent.

**98–2227.   State v. Childs.**

Montgomery App. No. 16325.   Discretionary appeal allowed; *sua sponte*, cause consolidated with 98–2462, *supra*.

F.E. SWEENEY, J., dissents.